Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

_____

Case No.:  18−21143−VFP
Chapter:  13
Judge:  Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Mina Kyung Chang
    216 4th Street
    1st Floor
    Palisades Park, NJ 07650

Social Security No.:
    xxx−xx−4842

Employer's Tax I.D. No.:

_____

## NOTICE OF ORDER DISMISSING CASE

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 6/18/18.

    Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: June 18, 2018
JAN: mcp

                       Jeanne Naughton
                       Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 18-21143-VFP
Mina Kyung Chang                                                          Chapter 13
                Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 1          Date Rcvd: Jun 18, 2018
                             Form ID: 148              Total Noticed: 6

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 20, 2018.
db          +Mina Kyung Chang,   216 4th Street,   1st Floor,   Palisades Park, NJ 07650-3052
517568545   +Bergen County Sheriff Dept,   10 Main St,   Hackensack, NJ 07601-7042
517568544   +KML Law Group, P.C.,   216 Haddon Ave., Suite 406,   Westmont, NJ 08108-2812
517568543   +Wilmington Trust Association,   500 Delaware Ave,   Wilmington, DE 19801-1490

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg          E-mail/Text: usanj.njbankr@usdoj.gov Jun 18 2018 23:55:35   U.S. Attorney,   970 Broad St.,
             Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg         +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jun 18 2018 23:55:32   United States Trustee,
             Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
             Newark, NJ 07102-5235
                                                                                       TOTAL: 2

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 20, 2018                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 18, 2018 at the address(es) listed below:
             Kevin Gordon McDonald    on behalf of Creditor    Wilmington Trust, National Association, not in
              its individual capacity, but solely as trustee for VM Trust Series 3, a Delaware Statutory Trust
              kmcdonald@kmllawgroup.com,  bkgroup@kmllawgroup.com
             Marie-Ann Greenberg    magecf@magtrustee.com
             U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                       TOTAL: 3